57,647-01

March 9, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 13 2015

Abel Acosta, Clerk

Clerk
TX Court of Criminal Appeals
Post Office Box 12308
Austin, TX 78711-2308

Dear Sir or Madam:

    Please Advise me:  WHAT FORMS DO I USE for Application for Writs of Habeas Corpus UNDER ARTICLE 11.073, TX Code of Criminal Procedure?  (This is the "JUNK SCIENCE WRIT" Statute, and is NOT a regular "11.07" Action.)

    Thank you.

                                        Sincerely yours,

                                        Scotty Harrison
                                        #1078378    Allred Unit
                                        2101 FM 369 N
                                        Iowa Park, TX  76367-6568